UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DAVID KING,

                         Plaintiff,

-against-

LM INSURANCE CORPORATION,

                        Defendant.
------------------------------------------------------------------x

Civil Action No.:
1:20-CV-01426-JLS-LGF

**ORDER TO SHOW CAUSE TO COMPEL DEPOSITION AND EXTEND FACT DISCOVERY DEADLINE**

      Upon the annexed Declaration in Support of Motion of Glenn P. Berger, dated June 26, 2024, the accompanying Declaration of Good Faith in Support of Motion of Glenn P. Berger, dated June 26, 2024, and the exhibits annexed thereto,

      **LET** Maria L. Michalik show cause before the Honorable Leslie G. Foschio, United States Magistrate Judge, in Courtroom ___, at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York, on _____, 2002 at 9:30 a.m. or as soon thereafter as counsel can be heard, why an Order should not be entered as follows:

      1)      Compelling non-party Maria L. Michalik pursuant to Fed. R. Civ. P. 37(a) to comply with a subpoena and appear for a remote deposition in this matter, and

      2)      Extending the fact discovery deadline to the extent necessary to enable said deposition to be completed, and granting such other and further relief as this Court deems just and proper; and it is further

      **ORDERED,** service of a copy of this Order to Show Cause, together with the papers upon which it is granted, by overnight delivery, upon Maria L. Michalik at 691 Mineral

Springs Road,  Buffalo, New York 14224-1021, on or before June __, 2024, shall be deemed good and sufficient service.

Dated:   Buffalo, New York
         June 26, 2024

                                                                                            _____
United States Magistrate Judge