# EXHIBIT A

At a Matrimonial Special Term of the
Supreme Court of the State of New York,
held in and for the County of Erie, at
Buffalo, New York, on the *21st* day of
May, 2019

PRESENT:    HON. DONNA M. SIWEK, J.S.C.

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

DAVID J. KING,

Plaintiff,

vs.

MARIA L. KING,

Defendant.

**F I L E D**
**ACTIONS & PROCEEDINGS**

**MAY 2 2 2019**

ERIE COUNTY
CLERK'S OFFICE

**ORDER**

Index No. 901661/2017

**UPON** the reading and filing of this Court's Memorandum Decision and Order, filed

April 8, 2019, it is hereby

**ORDERED**, that the Defendant vacate the residence located at 9587 W. Hill Road,

Boston, New York (hereinafter "residence"), **on or before May 2~~4~~5, 2019 at ~~11:59 p.m.~~** *2:00pm*; and it is

further

**ORDERED,** that in the event the Defendant does not vacate the residence on or before

May 2~~4~~5, 2019, *at 2:00pm* she shall be removed by the Erie County Sheriff ~~on May 25, 2019, or~~ as soon

thereafter as the Erie County Sheriff can arrange for Defendant's removal, without further Order

of this Court; and it is further

**ORDERED,** that the Plaintiff is hereby granted exclusive use and occupancy of the

residence as of **May 25, 2019 at** ~~12:01 a.m.~~ *2:01pm*, and the Defendant shall have no access or right of

entry to the residence as of that date, including all buildings situate on the property and the parcel

of real property itself; and it is further

ORDERED, that the Defendant shall be held accountable for any items removed from the residence, including all buildings, without the permission of the Court and shall be held accountable for any damage or diminishment in value caused by her or by a third party during her period of exclusive use and occupancy, such accountability to include all remedies afforded to the Plaintiff under the Laws of the State of New York; and it is further; and it is further

ORDERED, that service of a copy of this Order upon the parties' attorneys by fax, email and regular mail on or before May 22, 2019 at 3pm be deemed good and sufficient service upon the parties.

Dated: May 21, 2019

*Tracey Bannister*

Hon. Tracey A. Bannister, JSC