# EXHIBIT D

## Glenn Berger

**From:**          Glenn Berger
**Sent:**          Thursday, June 6, 2024 2:09 PM
**To:**            'Jade.lounsbury@gmail.com'
**Subject:**       RE: King/LM Insurance

Hi Jade,

As you may recall, I'm the attorney your mother was speaking with. As per my discussion with her earlier this afternoon, this is to confirm that the deposition is to take place as follows:

Date: Tuesday, June 25, 2024
Time; 10:00 am.
Via remote (Zoom link will be provided)

Please forward this message to her. Thank you.

Regards,

Glenn P. Berger | Jaffe & Asher LLP
Senior Counsel
445 Hamilton Avenue – Suite 405
White Plains, NY 10601
Tel.: 212.687.3000 ext.2538
GBERGER@JAFFEANDASHER.COM
New York | Florida | Georgia | New Jersey | Texas | White Plains

This communication is from an attorney debt collector.

THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR MAY OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.

**From:** Glenn Berger
**Sent:** Tuesday, April 16, 2024 1:49 PM
**To:** Jade.lounsbury@gmail.com
**Subject:** King/LM Insurance

Hi Jade,

I'm the attorney your mother was speaking with. I appreciate your forwarding this email to her (including the attachment). Thank you.

-------------------------------------------------------
Maria,

1

# JAFFE & ASHER LLP

PLEASE RESPOND TO WHITE PLAINS OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
212-687-3000
TOLL FREE 888-625-9895

ESTABLISHED 1974
WWW.JAFFEANDASHER.COM

445 HAMILTON AVENUE, SUITE 405
WHITE PLAINS, NY 10601
TEL 212-687-3000
FAX 914-437-8076

June 18, 2024

Maria L. Michalik
691 Mineral Springs Road
Buffalo, New York 14224-1021

> **Re:** **King v. LM Insurance Corporation**
> **Civil Action No. :    1:20-cv-01426-JLS-LGF**

Dear Ms. Michalik:

As you know, we represent LM Insurance Corporation in the above-referenced action. I write once again as a reminder and to confirm our telephone conversation on June 6, 2024 and the email that I sent to your daughter Jade Lounsbury's email address that same day (see enclosed) that your deposition in this matter is to take place as follows:

> Date: Tuesday, June 25, 2024
> Time: 10:00 am.
> Via remote (Zoom link will be provided)

As discussed, please continue to keep this date and time available prepared to log in with your daughter's computer, and I will provide you with the Zoom link ahead of time. Please notify me as soon as possible in the event that any issue comes up (my direct line is 646-313-2538).

Thank you.

Very truly yours,

Glenn P. Berger

Enc. (as stated)

FLORIDA        GEORGIA        NEW JERSEY        NEW YORK        TEXAS