# EXHIBIT E

# Glenn Berger

| | |
|---|---|
| **From:** | Glenn Berger |
| **Sent:** | Wednesday, June 26, 2024 3:54 PM |
| **To:** | E Peter Pfaff |
| **Cc:** | Marshall Potashner |
| **Subject:** | RE: King/LM Insurance |

Peter,

I just tried to reach you by phone, but based on your email and voice message, you are conditioning consent on having her appear first in court, which seems unnecessary and punitive. I will amend my papers to recite the foregoing and get them on file, given the urgency of this matter.

REGARDS,

GLENN P. BERGER | JAFFE & ASHER LLP
SENIOR COUNSEL
445 HAMILTON AVENUE – SUITE 405
WHITE PLAINS, NY 10601
TEL.: 212.687.3000 EXT.2538
GBERGER@JAFFEANDASHER.COM
NEW YORK I FLORIDA I GEORGIA I NEW JERSEY I TEXAS I WHITE PLAINS

THIS COMMUNICATION IS FROM AN ATTORNEY DEBT COLLECTOR.

THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR MAY OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.

**From:** Glenn Berger
**Sent:** Wednesday, June 26, 2024 3:11 PM
**To:** 'E Peter Pfaff' <peter@epeterpfaff.com>
**Cc:** Marshall Potashner <mpotashner@jaffeandasher.com>
**Subject:** RE: King/LM Insurance

What in the order are you saying you can't agree to?

REGARDS,

GLENN P. BERGER | JAFFE & ASHER LLP
SENIOR COUNSEL
445 HAMILTON AVENUE – SUITE 405
WHITE PLAINS, NY 10601
TEL.: 212.687.3000 EXT.2538
GBERGER@JAFFEANDASHER.COM
NEW YORK I FLORIDA I GEORGIA I NEW JERSEY I TEXAS I WHITE PLAINS

THIS COMMUNICATION IS FROM AN ATTORNEY DEBT COLLECTOR.

THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR MAY OTHERWISE BE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT(S) IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.

**From:** E Peter Pfaff <peter@epeterpfaff.com>
**Sent:** Wednesday, June 26, 2024 3:00 PM
**To:** Glenn Berger <gberger@jaffeandasher.com>
**Subject:** RE: King/LM Insurance

Glenn

While I will agree to an order compelling Ms. Michalek to appear before the court and explain her non attendance at her deposition, and directing her to appear at some future date for her deposition, I cannot agree to the order as drawn. Should you wish to discuss, call me.

Best regards,
Peter


Law Offices of E. Peter Pfaff
673 Main Street, Suite 5
East Aurora, NY 14052
Office: 716.652.2260
Cell: 716.473.9402
E-mail: peter@epeterpfaff.com


**From:** Glenn Berger <gberger@jaffeandasher.com>
**Sent:** Wednesday, June 26, 2024 12:35 PM
**To:** E Peter Pfaff <peter@epeterpfaff.com>
**Subject:** King/LM Insurance

Peter,

As discussed, here are the Order to Show Cause and supporting declarations I have prepared to file to compel Ms. Michalik's testimony and extend fact discovery, in case you want to discuss. Please let me know by 2:00 if there is anything you want to discuss, as it's obviously urgent that I get this finalized and filed this afternoon. Thank you.

REGARDS,

GLENN P. BERGER | JAFFE & ASHER LLP
SENIOR COUNSEL
445 HAMILTON AVENUE – SUITE 405
WHITE PLAINS, NY 10601
TEL.: 212.687.3000 EXT.2538
GBERGER@JAFFEANDASHER.COM
NEW YORK | FLORIDA | GEORGIA | NEW JERSEY | TEXAS | WHITE PLAINS

THIS COMMUNICATION IS FROM AN ATTORNEY DEBT COLLECTOR.