UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
FILED
AUG 2 0 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

DAVID KING,

Plaintiff,

v.

20-CV-1426 (JLS) (LGF)

LM INSURANCE CORPORATION,

Defendant.

## DECISION AND ORDER

Plaintiff David King filed the operative complaint in this action on August 5, 2022, alleging New York state law claims following Defendant LM Insurance Corporation's refusal to reimburse his insurance claim after he discovered that his house had been "extensively vandalized and that numerous items of his . . . had been stolen." Dkt. 26. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 16.

On February 8, 2023, this Court accepted Judge Foschio's recommendation, Dkt. 32, to grant Defendant's motion to dismiss Plaintiff's state law deceptive acts and practices claim. *See* Dkt. 37. Since then, the only claim remaining in this case has been Plaintiff's common law breach of contract claim. *See* Dkt. 26. After discovery concluded in this case, Defendant moved for summary judgment. Dkt. 75. This motion also included a request for attorney fees. Dkt. 75-13 at 19. Plaintiff opposed the motion, Dkts. 77, 78, and Defendant replied, Dkt. 79. On May 22, 2026,

Judge Foschio issued a Report and Recommendation ("R&R"), recommending that this Court grant Defendant's motion for summary judgment. *See* Dkt. 81. Judge Foschio recommends that Defendant should be granted summary judgment either because Plaintiff breached the insurance policy's "Concealment and Fraud" provision, *id.* at 15–20, or because Plaintiff breached the insurance policy's "Cooperation" provision, *id.* at 20–23. He further recommends that Defendant's request for attorney fees, Dkt. 75-13 at 9, should be denied. *See* Dkt. 81 at 23–24.

Plaintiff objected to the R&R. Dkts. 84, 85. Defendant opposed Plaintiff's objections, Dkt. 89, and Plaintiff replied, Dkt. 90.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge Foschio's recommendation because the Court agrees that Plaintiff breached the insurance policy's "Concealment and Fraud" and "Cooperation" provisions. The Court also agrees that Defendant's request for attorney fees should be denied.

For the reasons above and in the R&R, Defendant's motion for summary judgment, Dkt. 75, is GRANTED, except to the extent that it requests attorney fees, which are DENIED. The Clerk of Court shall close this case.

SO ORDERED.

Dated: August 20, 2026
Buffalo, New York

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE